IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

KIM THU PHAM NGUYEN,
    Plaintiff,
vs.

SAM'S EAST, INC.,
A Foreign Corporation,
    Defendant.
_____/

## AMENDED COMPLAINT

**COMES NOW, the** Plaintiff, Kim Thu Pham Nguyen, by and through her undersigned attorney, sues the Defendant, Sam's East, Inc., for damages, and alleges:

1. This is an action for damages in excess of THIRTY THOUSAND ($30,000.00) DOLLARS.

2. At all times material hereto, Plaintiff, Kim Thu Pham Nguyen (hereinafter "NGUYEN") was a resident of Collier County, Florida.

3. At all times material hereto, Defendant, Sam's East, Inc., (hereinafter "SAM'S EAST") was a foreign corporation and doing business in Collier County, Florida.

4. Jurisdiction of this cause lies in the State of Florida, more specifically in the County of Collier, in view of F.S. 48.193, since it is alleged that the Defendant SAM'S EAST committed a tort in the County of Collier, State of Florida.

5. At all times material hereto Plaintiff, NGUYEN, was an invitee to Defendant, SAM'S EAST'S store, Sam's Club in Naples, Florida.

6. At all times material hereto, Defendant, SAM'S EAST, owned, operated and maintained Sam's Club, located at 2550 Immokalee Rd., Naples, Florida 34110.

**NEGLIGENCE AGAINST DEFENDANT SAM'S EAST, INC.**

7. Plaintiff, NGUYEN re-alleges and re-affirms the facts contained in paragraphs 1-6 as if specifically set forth herein.

8. On June 4, 2021, Plaintiff, NGUYEN, went to Defendant, SAM'S EAST'S store, Sam's Club. After entering Sam's Club, the Plaintiff, NGUYEN slipped and fell on a liquid substance in the store by the flower stand. The Plaintiff, NGUYEN was permanently injured as a result of the negligence of the Defendant, SAM'S EAST who created a dangerous condition and failed to maintain the premises in a reasonable, safe condition and/or negligently failed to correct a dangerous condition of which Defendant knew or should have known by use of reasonable care, causing her injuries as hereinafter described.

9. The dangerous condition was known to said Defendant or had existed for a sufficient length of time so that Defendant should have known of it and further should have known of its dangerous propensity through reasonable inspection.

10. Furthermore, the Defendant, owed a duty to the Plaintiff and to warn Plaintiff of dangerous and defective conditions known to said Defendant or which should have been known to Defendant by reasonable inspection and Defendant breached this duty by failing to adequately warn Plaintiff of said condition.

11. As a direct and proximate result of the negligence of Defendant, the Plaintiff was permanently injured in and about her body and extremities. She has in the past and will in the future sustain great mental and physical pain and suffering. She sustained aggravation of a pre-existing condition. She has in the past and will in the future incur a loss of earning capacity. She has in the past and will in the future incur obligations for large sums of money for doctors and related medical care and attention.

**WHEREFORE**, the Plaintiff, Kim Thu Pham Nguyen, demands judgment against the Defendant, SAM'S EAST for damages in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, costs and other such relief that this Court may deem just and proper and further demands a trial by jury as to all triable issues.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable by right of law.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been e-filed with the Clerk of Court on this 7th day of March 2023.

CAO LAW GROUP
Citizens Building
105 S. Narcissus Avenue, Ste. 712
West Palm Beach, FL 33401
(561) 659-8818 Telephone
(561) 659-8819 Facsimile
tcao@caolawgroup.com

By: Tony Cao
Tony Cao, Esquire
Florida Bar No.: 0457280